# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| TINICUM TOWNSHIP | : No. 742 MAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| ALLAN J. NOWICKI AND RIVER ROAD QUARRY, LLC | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| RIVER ROAD QUARRY, LLC AND PENNSWOOD HAULING, LLC | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| TINICUM TOWNSHIP ZONING HEARING BOARD | : |
| | : |
| | : |
| PETITION OF:  RIVER ROAD QUARRY, LLC AND PENNSWOOD HAULING, LLC | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.